

# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

December 15, 2014

HONORABLE KRISTIN GUINEY
179TH DISTRICT COURT
HARRIS COUNTY

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 3:37:36 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: GEORGE CASTILLO

Cause No: 1393207

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

---

**Notice of Appeal Filed Date:** 12-11-14
**Sentence Imposed Date:** 12-11-14
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

L. Arriaga

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1393207 p.2.

# THE STATE OF TEXAS
## V.
George Castillo ,A/K/A/ _____ 22/999,998/yr-s

17A District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk
Time: DEC 11 2014
By _____ Harris County
Deputy

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 12/10/14 DEC 11 2014 (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☐ MOVES to withdraw.
☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

Judge GG

___12/10/14___
**Date**

___George Castillo___
**Defendant (Printed name)**

___J. Sidney Crowley___
**Attorney (Signature)**

J. Sidney Crowley
**Attorney (Printed name)**

0577020C
**State Bar Number**

214 Morton St, Richmond Tx 77469
**Address**

717-419-6932
**Telephone Number**

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT
appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

    Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order
Granting the requested relief.

_____
**Defendant (Signature)**

___George Castillo___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON DEC 11 2014 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___DEC 1 1 2014___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

**DATE SIGNED:** _____**DEC 1 1 2014**_____

_____
JUDGE PRESIDING,
___ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS



Cause No. 1393207

THE STATE OF TEXAS

IN THE 179ᵀᴴ DISTRICT COURT

v.

~~COUNTY CRIMINAL COURT AT LAW NO.~~

George Castillo , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a pea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

this certification is made subsequent to a revocation of probation or adjudication of guilt.

_____
Judge

**JAN 0 9 2014**
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: _____

**FILED**
Chris Daniel
District Clerk

NOV 07 2013

Time: _____

Telephone number: _____

Mailing Address: _____

By: _____
Harris County, Texas

Fax number (if any): _____

Telephone number: _____

Fax number: _____

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

Cause No. _1393207_

STATE OF TEXAS                          §          IN THE **179th** DISTRICT COURT
                                        §
v.                                      §
                                        §
_George Castillo_____,              §          OF HARRIS COUNTY, TEXAS
Defendant                               §

### ADVICE OF DEFENDANT'S RIGHT TO APPEAL

The Court, pursuant to TEX. R. App. P. 25.2, advises the Defendant as follows:

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you plead guilty or no contest and accepted the punishment recommended by the prosecutor, however, you cannot appeal your conviction unless this Court gives you permission. If you waived or gave up your right to appeal, you cannot appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal in writing to this Court's clerk within 30 days.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney, in writing, of any change in your address.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review within 30 days of the opinion's issuance in the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

The Defendant declares the following to the Court (choose one):
1. ☑ I read and write English. I have read and I understand this document. _____ (Defendant initial here if true); or
2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or
3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true.)

_____
Defendant's signature

Sworn to and subscribed before me on ___JAN 0 9 2014_____

_____
Harris County Deputy District Clerk

FILED
Chris Daniel
District Clerk
NOV 0 7 2013
Time: _____
By _____
Harris County, Texas
Deputy

_____ JAN 0 9 2014
Presiding Judge
179th District Court
Harris County, TEXAS

# APPEAL CARD ·

14th

**Court** ___179___     2-9-15    **Cause No.** 1393207

## The State of Texas
### Vs

George Castillo

12-11-14

**Date Notice**    DEC 11 2014
**Of Appeal:** _____

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Kristin Guiney
**Court Reporter** Renee Reagan
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trial** (HEARING) J. Sidney Crowly

**Attorney on Appeal** To be determined

Appointed ___✓___    Hired _____

**Offense** ASSLT - BOD INJ - FAM

**Jury Trail:**    Yes_____ No ___✓___

**Punishment Assessed** 10 YRS TDC w/ $500 FINE

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** 0

**Appellant Confined:**    Yes ___✓___ No _____

**Date Submitted To Appeal Section** DEC 12 2014

**Deputy Clerk** _____